NELSON ᴇᴛ ᴀʟ. *v*. TENNESSEE.

No. 56.   Argued December 12, 1957.—Decided December 16, 1957.

*Hobart F. Atkins* argued the cause and filed a brief for petitioners.

*James M. Glasgow,* Assistant Attorney General of Tennessee, argued the cause for respondent.   With him on the brief was *George F. McCanless,* Attorney General.

Pᴇʀ Cᴜʀɪᴀᴍ.

The writ of certiorari is dismissed for want of a properly presented federal question.

MACDONALD *v*. LA SALLE NATIONAL BANK, CONSERVATOR.

No. 504.   Decided December 16, 1957.

Appellant *pro se.*

*John R. Nicholson* and *Charles M. Nisen* for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.